UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JONATHAN WAYNE RALSTON                                                       PLAINTIFF

v.                                No. 5:24-cv-5075

SHERIFF JAY CANTRELL,
Washington County, Arkansas;
FORMER SHERIFF TIM HELDER; and
PATROL OFFICER REX                                                 DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 6) from Chief United States Magistrate Judge Mark E. Ford. The Magistrate Judge recommends on preservice screening under 28 U.S.C. § 1915A that Plaintiff be permitted to proceed on his 42 U.S.C. § 1983 claim against Defendant Patrol Officer Rex regarding Plaintiff's May 15, 2022 search and arrest, but that all of Plaintiff's other claims against all defendants be dismissed without prejudice. No objections have been filed, and the deadline for objections has passed. The Court has reviewed the record and agrees with the Magistrate Judge. The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that all of Plaintiff's claims are DISMISSED WITHOUT PREJUDICE except for Plaintiff's claim against Defendant Patrol Officer Rex regarding Plaintiff's May 15, 2022 search and arrest. All defendants except Rex are TERMINATED as parties to this case. The case remains referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED this 21st day of May, 2024.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE