IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JONATHAN WAYNE RALSTON                                              PLAINTIFF

V.                              CASE NO. 5:24-CV-5075

PATROL OFFICER REX                                                  DEFENDANT

**ORDER**

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 23) filed in this case on January 6, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Plaintiff was ordered to respond to Defendant's Motion for Judgment on the Pleadings on October 28, 2024. He failed to do so. On November 25, 2024, the Court issued a show cause order directing Plaintiff to respond. Again, Plaintiff ignored the Court's order. Now, nearly two months later, Judge Ford recommends that Plaintiff's case be dismissed for failure to prosecute and failure to obey Court orders.

On January 17, 2025, Plaintiff filed an Objection (Doc. 24) to the R&R. In it, he apologizes for not responding to the Court's orders and acknowledges that he understood he was obligated to respond but did not do so because he "did not understand . . . what [wa]s being asked of [him]." *Id.*

A *de novo* review of the docket makes clear that the Plaintiff is literate and was able to successfully assert a claim against Defendant that survived preservice screening. *See* Doc. 1. The Court appreciates that Plaintiff is unschooled in the law; nevertheless, a

1

*pro se* litigant is expected to obey Court orders and litigate his case to the best of his ability. He cannot simply refuse to litigate.

In considering the record before it, the Court is not persuaded that Plaintiff made an effort to prosecute his case or obey Court orders. **IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 21st day of January, 2025.

> */s/ Timothy L. Brooks*
> TIMOTHY L. BROOKS
> UNITED STATES DISTRICT JUDGE